```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 09 B 00056
   LUIS JOSE BAHENA
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-4337

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 01/05/2009 and was not confirmed.

    The case was dismissed without confirmation 03/02/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
AMERICAN SERVICING         CURRENT MORTG           .00          .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG           .00          .00           .00
CHASE HOME FINANCE LLC     CURRENT MORTG           .00          .00           .00
CITIFINANCIAL              CURRENT MORTG           .00          .00           .00
FIFTH THIRD BANK           SECURED VEHIC           .00          .00           .00
CHASE HOME FINANCE LLC     SECURED NOT I      16808.69          .00           .00
PRO SE DEBTOR              DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------         --------------
TOTALS                       .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/26/09            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE